# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | | |
|---|---|---|
| BRUCE CARNEIL WEBSTER, | ) | |
| | ) | Criminal Case No. |
| Movant, | ) | 4:94-CR-121-Y |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | ORDER GRANTING |
| UNITED STATES OF AMERICA, | ) | MOTION TO HOLD |
| | ) | CASE IN ABEYANCE |
| Respondent. | ) | |

## ORDER

For the reasons specified therein, Mr. Webster's Motion to Hold Case in Abeyance is GRANTED. It is hereby ORDERED that Mr. Webster's successive § 2255 proceedings will be held in abeyance pending the United States Court of Appeals for the Fifth Circuit's authorization to file a successive § 2255 motion.

Dated this _____ day of _____, 2020

_____

UNITED STATES DISTRICT JUDGE