UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION


BRUCE CARNEIL WEBSTER,        )

                                )      Criminal Case No.

    Movant,               )      4:94-CR-121-Y

                                )

v.                      )

                                )

                                )      ORDER GRANTING

UNITED STATES OF AMERICA,    )      MOTION TO TRANSFER

                                )      SUCCESSIVE § 2255 MOTION

    Respondent.          )


## ORDER

For the reasons specified therein, Mr. Webster's Motion to Transfer

Successive § 2255 to the Court of Appeals is GRANTED. It is hereby ORDERED

that Mr. Webster's successive § 2255 motion is transferred to the United States

Court of Appeals for the Fifth Circuit.


Dated this _____ day of _____, 2020



_____

UNITED STATES DISTRICT JUDGE