IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BRUCE CARNEIL WEBSTER,
      Petitioner,

v.

UNITED STATES OF AMERICA,
      Respondent.

No.    4:20-CV-633-Y
       (4:94-CR-121-Y)

## NOTICE OF SUBSTITUTION OF COUNSEL

The government advises the Court and all parties that this case has been

reassigned to Assistant United States Attorney Jonathan Bradshaw, who should be

reflected as counsel of record for the United States of America.

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
Colorado Bar No. 43838
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
E-mail: jonathan.bradshaw@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on June 18, 2020, I filed this notice with the clerk of court for the

U.S. District Court, Northern District of Texas through the electronic filing system which

will serve counsel for Webster, F. Italia Patti.

*s/ Jonathan Bradshaw*
Jonathan Bradshaw
Assistant United States Attorney
