UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

BRUCE CARNEIL WEBSTER,    §
                          §
            Movant,       §
                          §
v.                        §    Civil No. 4:20-CV-633-Y
                          §    [Criminal No. 4:94-CR-121(1)-Y]
UNITED STATES OF AMERICA, §
                          §
            Respondent,   §

**ORDER**

The matter before the court is Movant's motion to hold in abeyance or transfer his latest motion to vacate, set aside, or correct judgment, filed June 17, 2020 (ECF no. 1).

To avoid the impact of the applicable one-year statute of limitations, Movant filed a new motion to vacate his sentence on June 18, 2020 (ECF no. 2). Movant has already filed a motion in the Fifth Circuit seeking leave to file a successive motion to vacate. That cause is proceeding before the appellate court. Out of an abundance of caution, this Court will request a formal response by Respondent to Movant's motion to transfer. It is unnecessary at this time for Respondent to address any of the merits of Movant's latest motion to vacate.

Within 14 days from the date of this order, Respondent must file any response it wishes to make to Movant's motion to hold case in abeyance or transfer, filed June 17, 2020 (ECF no. 1).

SIGNED June 19, 2020.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE